No. 24-1079(L)
No. 24-1098

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **JONES LANG LASALLE AMERICAS, INC.,** ) <br> ) <br> *Petitioner/Cross-Respondent*, ) <br> ) <br> v.  ) <br> ) <br> **NATIONAL LABOR RELATIONS BOARD,** ) <br> ) <br> *Respondent/Cross-Petitioner*. ) <br> ) | **STATEMENT OF ISSUES TO BE RAISED** |

Pursuant to the Court's April 4, 2024 Order, Petitioner/Cross-Respondent Jones Lang LaSalle Americas, Inc. ("Petitioner") states that it intends to raise the issue of whether Respondent/Cross-Petitioner National Labor Relations Board ("the Board") properly found that Petitioner violated Section 8(a)(5) and (1) of the National Labor Relations Act ("NLRA") by failing and refusing to recognize and bargain with Intervenor International Union of Operating Engineers, Stationary Engineers, Local 39, AFL-CIO ("the Union") following the Union's certification by the Board in Case 20-RC-315897, where the Board agent conducting the election engaged in misconduct that raised a reasonable doubt as to the fairness and validity of the election.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

1

/s/Reyburn W. Lominack, III
Reyburn W. Lominack, III, Esq.
FISHER & PHILLIPS LLP
1320 Main Street, Suite 750
Columbia, SC 29201
(803) 255-0000
rlominack@fisherphillips.com
*Counsel for Petitioner/Cross-Respondent*

May 6, 2024